**Guenther HOLZWARTH, et al., Appellants,**

v.

**Cary J. VOSS and Jayne Voss, Respondents.**

**No. 58718.**

Missouri Court of Appeals,
Eastern District,
Division Four.

June 28, 1991.

Dale L. Rollings, Donald A. Baerveldt, St. Charles, for appellants.

Rex M. Burlison, O'Fallon, Rory Ellinger, High Ridge, for respondents.

## ORDER

**PER CURIAM.**

This is an appeal of the trial court's grant of a summary judgment in favor of defendant Jayne Voss. Defendant Cary Voss is not a party to this appeal.

The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).